| | |
|---|---|
| **LAW OFFICES OF NOLAN KLEIN, P.A.** | **ATTORNEYS & COUNSELORS** |
| **FLORIDA:** WELLS FARGO TOWER<br>SUITE 1500, ONE EAST BROWARD BLVD.<br>FT. LAUDERDALE, FLORIDA 33301<br>PH: (954) 745-0588 | **NEW YORK:** 39 BROADWAY<br>SUITE 2250,<br>NEW YORK, NEW YORK 10006<br>PH: (646) 560-3230 |

**Nolan Klein, Esq.**
klein@nklegal.com

May 31, 2018

**VIA ECF**
Honorable Edgardo Ramos
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      *Re:*   *Zayas v. York & Georgey Inc., et al.*
              *SDNY Case No.: 1:16-cv-6811-ER*

Dear Judge Ramos:

      This office represents the Defendant, York & Georgey, Inc., in the above-captioned case. A case management conference is set for June 1, 2018 at 11:00 a.m.

      The parties have reached a settlement in this case; however, additional time is necessary to finalize the settlement agreement. As such, the parties respectfully request that this Court adjourn the case management conference, and that the case remain open for thirty (30) days while the settlement agreement is finalized.

      We thank the Court for your time and consideration in this matter.

      Respectfully Submitted,

      **Law Offices of Nolan Klein, P.A.**

      By:   */s/ Nolan K. Klein*
              NOLAN K. KLEIN
              (NK4223)

NKK/ew
cc: Barry G. Margolis, Esq. (via ECF)